# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| CHARLIE HOOKS, SALLY WADE, and TRACY A. BOLES, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN MEDICAL SECURITY LIFE INSURANCE COMPANY, AMERICAN MEDICAL SECURITY, INC., UNITED WISCONSIN LIFE INSURANCE COMPANY and TAXPAYER NETWORK, INC., <br><br> Defendants. | C.A. No. 3:06-CV-71-K <br><br><br> **ORDER GRANTING ADMISSION** <br> **PRO HAC VICE** |

Upon motion of the Defendants American Medical Security Life Insurance Company, American Medical Security, Inc., United Wisconsin Life Insurance Company and Taxpayer Network, Inc., the Court hereby orders that **J.W. Matthews III** be admitted *pro hac vice* for purposes of this action. All of the necessary showings have been made and Plaintiffs' counsel has indicated that he has no objection to the Court granting the Motion. Mr. Matthews, if he has not done so already, is directed to pay the appropriate fee to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: March 2, 2006

David C. Keesler
United States Magistrate Judge