IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06CV71

| | |
|---|---|
| CHARLIE HOOKS, SALLY WADE, and <br> TRACY A. BOLES, <br>     Plaintiffs, <br>  v. <br><br> AMERICAN MEDICAL SECURITY <br> LIFE INSURANCE COMPANY, <br> AMERICAN MEDICAL SECURITY, INC., <br> UNITED WISCONSIN LIFE INSURANCE <br> COMPANY and <br> TAYPAYER NETWORK, INC., <br>     Defendants. | **ORDER GRANTING** <br> **MOTION FOR ADMISSION** <br> **PRO HAC VICE** |

  **THIS MATTER** is before the Court upon the motion of Plaintiffs Charlie Hooks, Sally Wade and Tracy A. Boles to allow **Kenneth C. Anthony, Jr.** to appear *Pro Hac Vice*, filed March 9, 2006.

  Upon careful review and consideration, this Court will grant the Application.

  In accordance with Local Rule 83.1 (B), the Court notes that Mr. Anthony has paid the admission fee of One Hundred ($100.00) Dollars to the Clerk of Court.

  **IT IS SO ORDERED.**

            Signed: March 9, 2006

            Graham C. Mullen
            United States District Judge