# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Charlie Hooks et al,

    Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                  3:06cv71

American Medical Security Life Insurance Company,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/19/2008 Order.

Signed: September 19, 2008

Frank G. Johns, Clerk
United States District Court